UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAI NGUYEN,<br><br>              Petitioner,<br><br>     v.<br><br>ACEVEDO,<br><br>              Respondent. | Case No.  2:23-cv-01086-DAD-JDP (HC)<br><br>**ORDER**<br><br>DENYING PETITIONER'S MOTION TO SUBSTITUTE RESPONDENT AS UNNECESSARY<br><br>ECF No. 12 |

Petitioner moves to substitute respondent as Arias. ECF No. 12. Acevedo was previously named the respondent, but Arias is currently the warden of Calipatria State Prison, where petitioner is incarcerated. "A petitioner for habeas corpus relief must name the state officer having custody of him or her as the respondent to the petition." *Stanley v. California Supreme Court*, 21 F.3d 359, 360 (9th Cir. 1994) (citing Rule 2(a), 28 U.S.C. § 2254).

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's motion to substitute respondent, ECF No. 12, is denied as unnecessary.

2. The Clerk of Court is directed to substitute Arias, warden of Calipatria State Prison, as the respondent in the docket of this case, in place of the previously warden, Acevedo.

1

IT IS SO ORDERED.

Dated:    June 6, 2024

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE